AO 245B (CASD) (Rev. 12/11) Judgment in a Criminal Case
　　Sheet 1

# UNITED STATES DISTRICT COURT

FILED

## SOUTHERN DISTRICT OF CALIFORNIA  2012 AUG -7  PM 4: 03

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| :---: | :--- |
| **v.** | (For Offenses Committed On or After November 1, 1987) |
| ELADIO MARTINEZ-CRUZ, | Case Number: 12CR1553-MMA-M   DEPUTY |
| | Thomas Paul Matthews |
| | Defendant's Attorney |

**REGISTRATION NO.** 31734298

☐

THE DEFENDANT:

☒ pleaded guilty to count(s) ONE OF THE INFORMATION

☐ was found guilty on count(s)_____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
| :--- | :---: | :--- |
| 18 USC 1544 | MISUSE OF PASSPORT | 1 |

The defendant is sentenced as provided in pages 2 through ____2____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s)_____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100.00 Waived

☒ Fine waived          ☐ Forfeiture pursuant to order filed _____ , included herein.

　　IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

AUGUST 6, 2012
Date of Imposition of Sentence

HON.  MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE

12CR1553-MMA

AO 245B (CASD) (Rev. 12/11) Judgment in a Criminal Case
 Sheet 2 — Imprisonment

DEFENDANT: ELADIO MARTINEZ-CRUZ,
CASE NUMBER: 12CR1553-MMA

Judgment — Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
EIGHT (08) MONTHS

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

12CR1553-MMA